UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BENJAMIN KOHN,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>STATE BAR OF CALIFORNIA; CALIFORNIA COMMITTEE OF BAR EXAMINERS, and Their Agents in Their Official Capacity,<br><br>      Defendants-Appellees. | No. 20-17316<br><br>D.C. No. 4:20-cv-04827-PJH<br>Northern District of California, Oakland<br><br>ORDER |

Before: WARDLAW, CALLAHAN, and NGUYEN, Circuit Judges.

      A judge of this court has called for a vote to determine whether this case should be heard en banc.

      The parties are directed to file simultaneous briefs setting forth their respective positions on whether this case should be heard en banc. The briefs shall not exceed 15 pages unless they comply with the alternative length limitation of 4,200 words, and they shall be filed within twenty-one (21) days of the date of this order.