| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUN 09 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| BENJAMIN KOHN,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>STATE BAR OF CALIFORNIA and CALIFORNIA COMMITTEE OF BAR EXAMINERS, and Their Agents in Their Official Capacity,<br><br>        Defendants - Appellees. | No. 20-17316<br><br>D.C. No. 4:20-cv-04827-PJH<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

The supplemental brief submitted on June 9, 2023 by California Committee of Bar Examiners and State Bar of California is filed. No paper copies are required.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT