UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BENJAMIN KOHN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STATE BAR OF CALIFORNIA and CALIFORNIA COMMITTEE OF BAR EXAMINERS, and Their Agents in Their Official Capacity, <br><br> Defendants - Appellees. | No. 20-17316 <br><br> D.C. No. 4:20-cv-04827-PJH <br> U.S. District Court for Northern California, Oakland <br><br> **ORDER** |

The supplemental brief submitted on June 9, 2023 by Benjamin Kohn is filed. No paper copies are required.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT