**FILED**

AUG 4 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BENJAMIN KOHN, | No. 20-17316 |
| Plaintiff-Appellant, | D.C. No. 4:20-cv-04827-PJH<br>Northern District of California,<br>Oakland |
| v. | |
| STATE BAR OF CALIFORNIA; CALIFORNIA COMMITTEE OF BAR EXAMINERS, and Their Agents in Their Official Capacity, | ORDER |
| Defendants-Appellees. | |

The parties are ordered to file simultaneous supplemental briefs on the nature of the analysis required by the Supreme Court in assessing whether an entity is an arm of the state (and therefore entitled to sovereign immunity under the Eleventh Amendment), and how such an analysis applies to this appeal.

The supplemental briefs shall be submitted on or before August 28, 2023, and shall be limited to 8,000 words. No extensions will be granted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT