No. 20-17316

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

_____

BENJAMIN KOHN,

*Plaintiff-Appellant,*

v.

STATE BAR OF CALIFORNIA, CALIFORNIA COMMITTEE OF BAR EXAMINERS, and THEIR AGENTS IN THEIR OFFICIAL CAPACITY,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court for the
Northern District of California
The Honorable Phyllis J. Hamilton
District Court Case Number: 4:20-cv-04827-PJH

---

**RESPONSE BY *AMICUS CURIAE* SARKARLAW TO COURT'S AUGUST 4, 2023 ORDER FOR BRIEFING REGARDING ARM OF THE STATE ANALYSIS**

---

Julian Sarkar (State Bar No. 320436)
jsarkar@sarkar.law
SARKARLAW
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 795-8795
Facsimile: (415) 795-4691

*Attorney for Amicus Curiae
SarkarLaw*

# RESPONSE BY AMICUS CURIAE SARKARLAW TO COURT'S AUGUST 4, 2023 ORDER FOR BRIEFING REGARDING ARM OF THE STATE ANALYSIS

On May 10, 2022, Defendants-Appellees consented to SarkarLaw's filing of a proposed *amicus* brief.

On May 16, 2022, the Clerk of the Court acknowledged the filing of the Brief of SarkarLaw as *Amicus Curiae* in Support of Plaintiff-Appellant Benjamin Kohn and receipt of paper copies on May 19, 2022.

On May 17, 2022, the National Disabled Law Students Association submitted a joinder letter joining in the Brief of SarkarLaw as *Amicus Curiae* in Support of Plaintiff-Appellant Benjamin Kohn.

On July 13, 2022, the Autistic Women & Nonbinary Network submitted a joinder letter joining in the Brief of SarkarLaw as *Amicus Curiae* in Support of Plaintiff-Appellant Benjamin Kohn.

On August 4, 2023, this Court ordered the parties to submit briefing "on the nature of the analysis required by the Supreme Court in assessing whether an entity is an arm of the state (and therefore entitled to sovereign immunity under the Eleventh Amendment), and how such an analysis applies to this appeal."

*Amicus curiae* SarkarLaw respectfully submits this response to the Court's August 4, 2023 order to direct its attention to the *amicus* brief filed on May 16, 2022, which contains a detailed explanation why Defendants-Appellees State Bar

1

of California et al. are not an "arm of the state" for Eleventh Amendment sovereign immunity purposes. *Amicus curiae* SarkarLaw's brief analyzes this Court's rulings in *Mitchell v. Los Angeles Community College District*, 861 F.2d 198 (9th Cir. 1988) and *Crowe v. Oregon State Bar*, 989 F.3d 714 (9th Cir. 2021).

As a courtesy to this Court, *amicus curiae* SarkarLaw will make itself available on a pro bono basis to address any issues or questions on the matters contained in its brief, or to provide any further information necessary to satisfy the Court's August 4, 2023 order prior to or at this Court's September 20, 2023 *en banc* hearing.

Date: August 28, 2023        Respectfully submitted,

                             SARKARLAW

                             /s/ Julian Sarkar
                             Julian Sarkar
                             *Attorney for Amicus Curiae*
                             *SarkarLaw*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**RESPONSE BY AMICUS CURIAE SARKARLAW TO COURT'S AUGUST 4, 2023 ORDER FOR BRIEFING REGARDING ARM OF THE STATE ANALYSIS**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 28, 2023 at San Francisco, California.

/s/ Julian Sarkar
Julian Sarkar