UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BENJAMIN KOHN,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>STATE BAR OF CALIFORNIA and CALIFORNIA COMMITTEE OF BAR EXAMINERS, and Their Agents in Their Official Capacity,<br><br>        Defendants - Appellees. | No. 20-17316<br><br>D.C. No. 4:20-cv-04827-PJH<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

        The supplemental brief submitted by Mr. Benjamin Kohn on August 28, 2023 is filed.

        Within 7 days of this order, appellant is ordered to file 18 copies of the brief in paper format with tan covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

        The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT