| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | DEC 31 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

BENJAMIN KOHN,

        Plaintiff-Appellant,

v.

STATE BAR OF CALIFORNIA; CALIFORNIA COMMITTEE OF BAR EXAMINERS, and Their Agents in Their Official Capacity,

        Defendants-Appellees.

No. 20-17316

D.C. No. 4:20-cv-04827-PJH
Northern District of California, Oakland

ORDER

Before: WARDLAW, CALLAHAN, and NGUYEN, Circuit Judges.

The panel has unanimously voted to deny the petition for panel rehearing.

The panel has unanimously voted to deny the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on the petition.

The petition for panel rehearing and rehearing en banc (Dkt. 148) is **DENIED**.[1]

---

[1] Appellant's "motion to take judicial notice of materials showing State Bar's receipt of federal financial assistance and State Bar's 28j filing in another matter" (Dkt. 149) is **DENIED**.