| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 6 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BENJAMIN KOHN,

    Plaintiff-Appellant,

v.

STATE BAR OF CALIFORNIA; CALIFORNIA COMMITTEE OF BAR EXAMINERS, and Their Agents in Their Official Capacity,

    Defendants-Appellees.

No. 20-17316

D.C. No. 4:20-cv-04827-PJH
Northern District of California,
Oakland

ORDER

Before: WARDLAW, CALLAHAN, and NGUYEN, Circuit Judges.

Appellant's motion to stay the mandate pending the filing of a petition for a writ of certiorari with the United States Supreme Court (Dkt. 151) is **GRANTED**. If a petition for a writ of certiorari is timely filed, the stay shall continue until final disposition by the Supreme Court. *See* Fed. R. App. P. 41(d)(2)(B).